IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| ELIZABETH ANN WILLIAMS, | ) | |
| Aaka Elizabeth Habhab, | ) | Bankruptcy No. 14-01423 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF DISMISSAL UNDER § 109(h)

Debtor(s) filed this petition initiating this case under Title 11 on September 12, 2014. Debtor(s) have not filed a certificate showing that they have complied with the requirements of 11 U.S.C. § 109(h)(1). This subsection requires debtors to obtain, within the 180-day period preceding the date of filing, an individual or group briefing from an approved nonprofit budget and credit counseling agency, which briefing outlined the opportunities for available credit counseling and assisted debtors in performing a related budget analysis.

Because of Debtor(s)' failure to comply with 11 U.S.C. § 109(h)(1), the Court hereby finds that Debtor (also including any joint petitioner) is not eligible for protection under Title 11.

**IT IS ORDERED** that this case is DISMISSED for Debtor(s)' failure to comply with 11 U.S.C. § 109(h)(1).

Dated and Entered: __October 17, 2014__

_____
THAD J. COLLINS
CHIEF BANKRUPTCY JUDGE