# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Elizabeth Ann Williams

Debtor(s)

CHAPTER 7
Bankruptcy No.

14–01423

## NOTICE OF ORDER DISMISSING PETITION IN BANKRUPTCY

TO ALL CREDITORS AND PARTIES IN INTEREST:

NOTICE IS GIVEN that an Order was entered on October 17, 2014, dismissing the Petition of Elizabeth Ann Williams .

JEAN L. HEKEL
Clerk, Bankruptcy Court
by:

*Tina Hall*

Date: October 17, 2014

Deputy Clerk
United States Bankruptcy Court
Northern District of Iowa
320 Sixth Street, Rm 126
Sioux City, IA 51101